**Order entered December 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01430-CV

**ELITE FRAMING, ET AL., Appellants**

**V.**

**BBL BUILDERS, L.P., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07676**

## ORDER

We **GRANT** the December 9, 2015 motion of David Roy, Official Court Reporter for the 101st Judicial District Court, for an extension of time to file the reporter's record. The reporter's record shall be filed by **JANUARY 8, 2016**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE